IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

BOBBY E. MILLER,

    Plaintiff,

v.                                Case No. CIV-15-450-RAW-SPS

NANCY A. BERRYHILL,
Acting Commissioner of Social
Security Administration,

    Defendant.

## ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On March 10, 2017, Magistrate Judge Shreder entered his Report and Recommendation, recommending that the above-styled case be reversed and remanded for further proceedings. Defendant has not filed an objection.

IT IS THEREFORE ORDERED that the decision of the ALJ is hereby **REVERSED** and this case is hereby **REMANDED** to Defendant pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

**IT IS SO ORDERED** this 29th day of March, 2017.

_____
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE